PANISH SHEA & BOYLE, LLP
Brian Panish (Bar No. 116060)
bpanish@psblaw.com
11111 Santa Monica Blvd., Suite 700
Los Angeles, California 90025
Telephone: (310) 928-6200
Facsimile: (310) 477-1699

Attorney for Plaintiffs A.C. a minor and C.C. a minor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITA EDDY THOMPSON; and TOMMY LEE THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO; TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:19-CV-171 JAM-EFB <br><br> **APPLICATION OF RAJNEESH MANNI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.C., A MINOR** <br><br> [Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373] |
|---|---|

1. Petitioner RAJNEESH MANNI is the natural grandfather of the minor, A.C. Petitioner is a resident of the County of Sacramento, State of California.

2. Minor A.C. is a plaintiff and has claims, as alleged in the complaint filed in the herein action, arising out of the violation of his rights and his father's civil rights. On March 18, 2018, officers from the City of Sacramento Police Department used excessive and unreasonable force against decedent Stephon Clark when they shot and killed Stephon Clark, the natural father of minor, A.C.

3. Petitioner has no interest potentially adverse to the minor.

4. Petitioner is a responsible adult and fully competent to understand and protect the rights of said minor.

WHEREFORE, Petitioner prays that RAJNEESH MANNI be appointed guardian ad litem for A.C. to prosecute this action on his behalf.

Dated: January 24, 2019

_____
Rajneesh Manni

```
 1  PANISH SHEA & BOYLE, LLP
    Brian Panish (Bar No. 116060)
 2  bpanish@psblaw.com
    11111 Santa Monica Blvd., Suite 700
 3  Los Angeles, California 90025
    Telephone:  (310) 928-6200
 4  Facsimile:  (310) 477-1699
 5
    Attorney for Plaintiffs A.C. a minor and C.C. a minor
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              EASTERN DISTRICT OF CALIFORNIA
10
    STEPHEN CLARK; SE'QUETTE           Case No.
11  CLARK; A.C., a minor, by and through
    his Guardian Ad Litem, RAJNEESH    CONSENT OF NOMINEE TO
12  MANNI; C.C., a minor, by and through APPOINTLMENT AS GUARDIAN
    his Guardian Ad Litem, RAJNEESH    AD LITEM FOR A.C.
13  MANNI; SEQUITA EDDY
    THOMPSON; and TOMMY LEE            [Fed. R. Civ. P. 17(c) and Cal. Code
14  THOMPSON,                          Civ. Proc. §]
15
                Plaintiffs,
16
17              vs.
18  CITY OF SACRAMENTO; TERRENCE
    MERCADEL; JARED ROBINET; and
19  DOES 1-10, inclusive,
20              Defendants.
21
22
23
24
25
26
27
28
```

CONSENT OF NOMINEE RE APPOINTMENT OF GUARDIAN AD LITEM (A.C.)

## CONSENT OF NOMINEE

I, RAJNEESH MANNI, the nominee and natural grandfather to A.C., the minor Plaintiff and son of the decedent in the above-referenced action, consent to act as guardian ad litem for the minor Plaintiff in the above-referenced action. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: 1/24/2019

Rajneesh Manni

-1-
CONSENT OF NOMINEE RE APPOINTMENT OF GUARDIAN AD LITEM (A.C.)

| | |
|---|---|
| 1　PANISH SHEA & BOYLE, LLP<br>　　Brian Panish (Bar No. 116060)<br>2　bpanish@psblaw.com<br>　　11111 Santa Monica Blvd., Suite 700<br>3　Los Angeles, California 90025<br>4　Telephone:　(310) 928-6200<br>　　Facsimile:　(310) 477-1699<br>5<br>6　Attorney for Plaintiffs A.C. a minor and C.C. a minor<br>7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITA EDDY THOMPSON; and TOMMY LEE THOMPSON,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>CITY OF SACRAMENTO; TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**DECLARATION OF RAJNEESH MANNI AS GUARDIAN AD LITEM FOR A.C., SUCCESSOR IN INTEREST TO STEPHON CLARK (C.C.P. § 377.32)**<br><br>[Cal. Code Civ. Proc. § 373] |

## C.C.P § 377.32 DECLARATION OF RAJNEESH MANNI AS GUARDIAN AD LITEM FOR A.C. SUCCESSOR IN INTEREST TO STEPHON CLARK

I, RAJNEESH MANNI, do hereby declare as follows:

1. I am the natural grandfather for the minor child, A.C.
2. The decedent is Stephon Clark, who is the natural father of minor A.C.
3. A.C.'s father, Stephon Clark, passed away on March 18, 2018 in Sacramento, California.
4. No proceeding is now pending in California for administration of the decedent's estate.
5. A.C. is one of the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in this action or proceeding.
6. The only other person having a right to commence the action or proceeding as a successor in interest is the decedent's other child, C.C., which is the subject of a separate declaration being filed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 24, 2019

_____
Rajneesh Manni

---
-1-
DECLARATION OF RAJNEESH MANNI AS GUARDIAN AD LITEM FOR A.C., SUCCESSOR IN INTEREST TO STEPHON CLARK PURSUANT TO C.C.P. § 377.32

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITA EDDY THOMPSON; and TOMMY LEE THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF RAJNEESH MANNI FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.C. |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the application of RAJNEESH MANNI for appointment as Guardian *ad Litem* for A.C., who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that RAJNEESH MANNI be appointed Guardian *ad Litem* for A.C. in the above action.

Dated: February 21, 2019

UNITED STATES DISTRICT COURT

United States ~~Magistrate~~ District Judge

[PROPOSED] ORDER