UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-00171-JAM-EFB<br><br><br><br>ORDER |

On May 7, 2019, a settlement conference was held before the undersigned. (ECF No. 27.) At this juncture, the case has not settled. In order to facilitate the potential narrowing of claims and damages in this matter, the parties shall attend a telephonic status conference before the undersigned. Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days of this order, the parties—including plaintiff's counsel for each plaintiff—shall attend a status conference before the undersigned. The undersigned will entertain requests to attend such conference by telephone.
2. The parties shall meet and confer to coordinate their calendars, and then reach out to the undersigned's court room deputy at (916) 930-4187 to set the date of the status conference.
3. Status reports are due no later than seven (7) days prior to the status conference.
4. The parties are strongly encouraged to submit a joint status report and to jointly agree

1

upon a proposed streamlined discovery plan, in furtherance of motions to narrow the scope of the parties, claims and damages in this matter.

5. If the parties are unable to reach a joint agreement regarding a narrowly tailored discovery plan, then each party shall submit a status report that documents the meet and confer efforts and sets forth the individual party's proposed discovery plan.

6. Any status report shall also include a statement regarding the status of the parties' efforts to reach an agreement on plaintiffs' nonmonetary demands.

IT IS SO ORDERED.

Dated: May 23, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE