LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

   SUSANA ALCALA WOOD, City Attorney (SBN 156366)
   CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)
   ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)
   CTrimm@cityofsacramento.org
   AVelasquez@cityofsacramento.org
   CITY OF SACRAMENTO
   915 I Street, Room 4010
   Sacramento, CA 95814-2608
   Telephone: (916) 808-5346
   Telecopier: (916) 808-7455

   Attorneys for the CITY OF SACRAMENTO, TERRENCE MERCADAL, and JARED ROBINET

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>Defendants. | CASE NO. 2:19-cv-00171-JAM (EFB)<br>**JOINT STATUS REPORT**<br>[*Honorable Kendall J. Newman*] |

1

Case No. 2:19-cv-00171-JAM (EFB)

**JOINT STATUS REPORT**

**TO THE HONORABLE COURT:**

The parties, through their respective counsel, submit the following joint status report pursuant to the Court's Order [Doc. # 30].

The parties have conferred on a proposed scheduling, including a proposed limited expedited discovery plan and proposed motion schedule for determination of issues that may be beneficial in narrowing, evaluating and resolving the case.

The parties have agreed that the parties shall have one hundred and fifty (150) days to conduct the first phase of discovery and motions. The first phase shall be limited to whether decedent's parents were financially dependent upon the decedent and whether the decedent's grandparents have a viable bystander claims. Further, both sides shall be allowed to depose the individual parties during the first phase. The parties shall complete all discovery and file any dispositive motions on or before the one hundred and fifty (150) day period.

The parties have further agreed that after the Court has ruled on the first dispositive motion filed during the first phase, the parties shall then have an additional one hundred and fifty (150) days to conduct the second phase of discovery and file any dispositive motions. The second phase shall be limited to lawfulness of the officer involved shooting and all other issues which remain, excluding the issues of financial dependence and whether the grandparents have a bystander claim. The parties shall complete all discovery and file any dispositive motions on or before the one hundred and fifty (150) day period.

Respectfully submitted,

| | | |
|---|---|---|
| DATED: June 25, 2019 | | LAW OFFICES OF DALE K. GALIPO |
| | By: | /s/ Eric Valenzuela |
| | | Dale K. Galipo |
| | | Eric Valenzuela |
| | | Attorneys for Plaintiffs |
| | | |
| DATED: June 25, 2019 | | CITY OF SACRAMENTO |
| | By: | /s/ Andrea M. Velasquez |
| | | Chance L. Trimm |
| | | Andrea M. Velasquez |
| | | Attorneys for Defendants |

**JOINT STATUS REPORT**