UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et al., | No. 2:19-cv-171-JAM–EFB |
| Plaintiffs, | |
| v. | ORDER AFTER STATUS CONFERENCE |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

On July 2, 2019, the court conducted a telephonic discovery conference in this matter. At the conference, attorney Dale Galipo appeared on behalf of plaintiff, and attorneys Chance Trimm and Andrea Velasquez appeared on behalf of defendants. After carefully reviewing the parties joint letter brief (ECF No. 33), and for the reasons discussed with the parties at the conference, IT IS HEREBY ORDERED that:

1. The parties shall conduct phase one of discovery within 90 days of this order, limited to the issues of whether the decedent's parents have standing (i.e. whether the parents were financially dependent on the decedent), and to whether the decedent's grandparents have viable bystander claims.[1]

2. The court sets a further status conference (the parties may attend by telephone) for

---

[1] These parties may need to make themselves available for another deposition during the second phase of discovery regarding other issues in the case, including the issue of damages.

1

| | |
|---|---|
| 1 | Thursday, October 3, 2019, at 2:00 p.m., to discuss defendants' position on dispositive |
| 2 | motions, stipulations of fact, and other issues that arise from completing phase one of |
| 3 | discovery. The parties shall file a joint status report at least seven days prior to this |
| 4 | conference addressing the parties' respective positions and recommendations as to |
| 5 | how the case should further proceed. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: July 3, 2019 |

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clark.1717

2