# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et. al., <br><br> Defendants. | Case No. 2:19-cv-00171-JAM (EFB) <br><br> **ORDER GRANTING STIPULATION TO DISMISS STEPHEN CLARK'S STATE LAW CLAIMS FOR RELIEF** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the parties' Stipulation of Dismissal of Stephen Clark's State Law Claims for Relief, and good cause appearing therein, IT IS HEREBY ORDERED that Plaintiff Stephen Clark's state law claims, including his false arrest/false imprisonment (7th claim for relief), Battery (8th claim for relief), Negligence (9th claim for relief) and Bane Act (11th claim for relief) claims, with prejudice, from the instant action. All parties shall bear their own costs and attorneys' fees.

This order does not in any way affect Plaintiff Stephen Clark's federal Substantive Due Process claim (4th claim for relief), does not in any way affect any of Plaintiff Se'Quette Clark's federal claims or state law claims, and does not in any

-1-  Case No. 2:19-cv-00171-JAM (EFB)

way affect Plaintiff Sequita Eddy Thompson's and/or Plaintiff Tommy Lee Thompson's state law claims.

**IT IS SO ORDERED.**

DATED: August 8, 2019          /s/ John A. Mendez_____
                                Honorable John A. Mendez
                                United States District Court Judge