PANISH SHEA & BOYLE LLP
Brian J. Panish, State Bar No. 116060
*panish@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs, A.C., a minor and C.C., a minor

FILED

OCT 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

STEPHEN CLARK; SE'QUETTE CLARK; A.C. a minor, by and through his Guardian Litem, RAJNEESH MANNI; C.C., a minor, by and through his Guardian ad Litem, RAJNEESH MANNI; SEQUITA EDDY THOMPSON; and TOMMY LEE THOMPSON,,

Plaintiffs,

v.

CITY OF SACRAMENTO; TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,,

Defendants.

Case No. 2:19-cv-00171-JAM-EFB

[PROPOSED] ORDER GRANTING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFFS A.C. AND C.C.

The Hon. John A. Mendez

## [PROPOSED] ORDER

This Court, having considered Petitioner Rajneesh Manni's Petition for Compromise of the Claims of Minor Plaintiffs A.C. and C.C., and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor A.C.'s action against the Defendants in the amount of $1,200,000 is hereby approved.

---

[PROPOSED] ORDER GRANTING APPLICATION OF GUARDIAN AD LITEM FOR COMPROMISE OF
DISPUTED CLAIMS BY MINOR PLAINTIFFS A.C. AND C.C.

2. The settlement of minor C.C.'s action against the Defendants in the amount of $1,200,000 is hereby approved.

3. Defendant City of Sacramento, through counsel, shall prepare and deliver the drafts for the settlement proceeds in the total amount of $2,400,000, no later than twenty-one days (21) days from the date of this Order, payable as follows:

4. A check for $1,881,774.00 shall be made payable to the Panish Shea & Boyle LLP, Client Trust Account. These funds shall be used to satisfy the attorney fees, costs owed by the minor plaintiffs A.C. and C.C. to plaintiff's counsel and trust's seed money for each one of the minors.

5. A check for $269,499.00 shall be made payable to MetLife Assignment Company Inc Tax ID# 38-4035918 ("MACI"). These funds shall be used to purchase an annuity from Metropolitan Tower Life Insurance Company (Met Tower Life) for minor plaintiff A.C., in accord with the Addendum (Exhibit "A") to this Order which outlines the future periodic payments.

6. A check for $248,727.00 shall be made payable to MetLife Assignment Company Inc. Tax ID# 38-4035918 ("MACI"). These funds shall be used to purchase an annuity from Metropolitan Tower Life Insurance Company (Met Tower Life) for minor plaintiff C.C., in accord with the Addendum (Exhibit "A") to this Order which outlines the future periodic payments.

7. Met Tower Life, is rated A+ Superior, as determined by A.M. Best Company. Met Tower Life will guarantee the payments outlined in the Addendum to this Order as Exhibit "A".

8.

IT IS SO ORDERED.

Dated: October 8, 2019

_____
Hon. JOHN A. MENDEZ
Judge, United States District Court

[PROPOSED] ORDER GRANTING APPLICATION OF GUARDIAN AD LITEM FOR COMPROMISE OF DISPUTED CLAIMS BY MINOR PLAINTIFFS A.C. AND C.C.