UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et al., | No. 2:19-cv-171-JAM–EFB |
| Plaintiffs, | ORDER AFTER JOINT STATUS REPORT |
| v. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

On December 6, 2019, the parties submitted their joint status report. (ECF No. 59.) After carefully reviewing the parties statements therein, IT IS HEREBY ORDERED:

1. Regarding the negligent infliction of emotional distress claims brought by Sequita Eddy Thompson and Tommy Lee Thompson, the parties shall file, by January 10, 2020, either: (a) their stipulations regarding the voluntary dismissal of these claims or (b) a statement that no dispositional papers will be filed;

2. Should either of these Plaintiffs decide not to dismiss, Defendant shall, by January 13, 2020, inform the Court of when they intend to file their summary judgment motion(s) for these claims;

3. The parties are granted until March 27, 2020 to conduct only the depositions noted in the joint status report; and

4. The Court sets a further telephonic status conference for April 2, 2020, at 2:30 p.m. The Court will email the call–in instructions for counsel in late March 2020. The parties shall file a joint status report at least seven days prior to this conference.

Dated: December 16, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clar.1717