LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:      (818) 347-3333
Facsimile:       (818) 347-4118

Attorneys for Plaintiffs

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-00171-JAM-EFB<br><br>**JOINT STATUS REPORT**<br><br>[Honorable Kendall J. Neuman] |
|---|---|

The parties, through their respective counsel, hereby submit the following joint status

1

report pursuant to this Court's prior order.

(a) <u>Status Regarding Discovery Completed by the Parties</u>

The parties recently completed the depositions of defendants Terrence Mercadal, Jared Robinet and witnesses Brandon Gomez and Duncan Brown.

(b) <u>Parties' Position Regarding Alternative Dispute Resolution and Further Discovery</u>

The parties do not believe mediation is appropriate concerning the claims of remaining plaintiffs at the present time. The parties wish to move forward with significant additional discovery that will include written discovery and depositions of plaintiffs and numerous non-expert witnesses. The impact of Covid-19 may slow the parties' ability to complete all necessary depositions referenced above. At the conclusion of this additional discovery, the parties have agreed to revisit whether mediation is appropriate concerning the claims of remaining plaintiffs.

Respectfully submitted,

DATED: April 2, 2020                    LAW OFFICES OF DALE K. GALIPO


By:  /s/Dale K. Galipo
     Dale K. Galipo
     Eric Valenzuela
     Attorneys for plaintiffs


DATED:  April 2, 2020                   SUSANA ALCALA WOOD,
                                        City Attorney


By:  /s/Chance L. Trimm
     Chance L. Trimm
     Attorneys for Defendants