LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:        (818) 347-3333
Facsimile:          (818) 347-4118

Attorneys for Plaintiffs

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO, JARED ROBINET and TERRENCE MERCADAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>                    Plaintiffs,<br><br>   vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>**JOINT STATUS REPORT**<br><br>[Honorable Kendall J. Neuman] |

      Plaintiffs and Defendants, by and through their counsel of record, hereby submit this Joint Status Report.

(a) <u>The nature of the case</u>:

This matter relates to the fatal shooting of decedent Stephon Clark on March 18, 2018. Decedent was shot by two Sacramento City Police Officers (defendants Jared Robinet and Terrence Mercadal) in the backyard of property located at 7472 29th Street. In their complaint, plaintiffs allege the fatal shooting of decedent was objectively unreasonable and violated their rights and decedent's rights under the United States Constitution. Plaintiffs assert a *Monell* claim in their complaint against defendant City of Sacramento. Plaintiffs also assert pendant California state law violation claims against defendants. Plaintiffs seek damages from defendants pursuant to their individual constitutional violation claims, *Monell* claim and pendant California state law claims. Defendants deny all claims asserted in plaintiffs' complaint. Defendants also contest the nature and extent of plaintiffs' claimed damages.

(b) <u>Progress in service of process</u>:

All named defendants have been served and have answered.

(c) <u>Possible joinder of additional parties</u>:

None.

(d) <u>Any expected or desired amendment of pleadings</u>:

None.

(e) <u>Jurisdiction and venue</u>:

This Court has jurisdiction under 28 U.S.C sections 1331 and 1343. Venue is proper because defendants reside in, and the incidents giving rise to this action occurred in the County of Sacramento, California.

(f) <u>Anticipated motions and the scheduling of motions</u>:

Defendants anticipate filing a motion for summary judgment relating to all claims asserted by all plaintiffs at the close of discovery.

(g) <u>Anticipated discovery and scheduling of discovery</u>:

(1) The parties are in the process of exchanging information and documents pursuant to Rule 26 (a). This exchange will be completed by June 1, 2020.

(2) Discovery will relate to both liability and damage issues. The parties anticipate

discovery will be completed by July of 2021.

  (3) No limitations on discovery are requested by the parties.

  (4) Disclosure of experts and information pursuant to Rule 26 (a)(2) to be completed by September of 2021.

(h) <u>Scheduling of Future Proceedings</u>:

 The parties propose the following dates for future proceedings:

| | |
|---|---|
| Fact Discovery Cut-Off | July 1, 2021 |
| Expert Disclosures | September 30, 2021 |
| Rebuttal Expert Disclosure | October 30, 2021 |
| Expert Discovery Cutoff | January 15, 2022 |
| Last Day for Hearing | |
| Dispositive Motions | March 15, 2022 |
| Pre-Trial Conference | May 15, 2022 |
| Trial | July 15, 2022 |

(i) <u>Appropriateness of special procedures</u>:

 None.

(j) <u>Estimate of trial time:</u>

 15-20 court days.

 Plaintiffs estimate 7-10 court days for trial.

(k) <u>Modification of standard pretrial procedures</u>:

 None.

(l) <u>Whether case is related to any other case</u>:

 No.

///
///
///
///
///

JOINT STATUS REPORT

912498

(m) <u>Settlement Conference</u>

   Not requested by the parties at this time.

   Plaintiffs are agreeable to conducting another settlement conference.

Respectfully submitted,

DATED: April 24, 2020                       LAW OFFICES OF DALE K. GALIPO


                                      By:  /s/ Dale K. Galipo
                                         Dale K. Galipo
                                         Eric Valenzuela
                                         Attorneys for plaintiffs



DATED:  April 24, 2020                      SUSANA ALCALA WOOD,
                                            City Attorney



                                      By:/s/ Chance L. Trimm
                                         **CHANCE L. TRIMM**
                                         Senior Deputy City Attorney

                                         Attorneys for Defendants