# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et. al., <br><br> Defendants. | Case No. 2:19-cv-00171-JAM (EFB) <br><br> **ORDER GRANTING STIPULATION TO** CONTINUE **EXPERT DISCLOSURES** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated, and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to Continue the Expert Disclosures is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order [Doc. # 67], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Disclosures of Expert Witnesses: | 09/20/21 | 11/20/21 |
| Supplemental/Rebuttal Disclosures of Expert Witnesses: | 10/29/21 | 12/29/21 |

All other pre-trial and trial dates would remain in effect.

IT IS SO ORDERED.

DATED: August 30, 2021     /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE