SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants CITY OF SACRAMENTO, TERRENCE MERCADAL and JARED ROBINET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF RELATING TO EXPERT WITNESSES**<br><br>[PROPOSED ORDER]<br>*Filed concurrently herewith* |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, that the Scheduling Order [Doc. # 67] be modified by continuing the discovery cut-off (pertaining to experts only) from January 14, 2022, to March 14, 2022. The parties believe there is good cause for their proposed stipulation and modification based on the following:

/ / /

WHEREAS the parties have been diligent in conducting and completing all non-expert discovery. The parties have propounded and responded to extensive written discovery and have conducted numerous depositions, including the depositions of numerous witnesses, the Defendant Officers, and Plaintiffs.

WHEREAS the parties previously and recently disclosed numerous retained and non-retained experts for trial.

WHEREAS both parties agree that additional time is necessary in order to complete all depositions of the numerous experts disclosed by the parties. Additional time is necessary given the availability of the parties' experts for deposition and the availability of counsel to attend these depositions.

WHEREAS Defendants will not be filing a dispositive motion in this case.

WHEREAS the parties agree that an extension of the discovery cut-off for experts only would not be prejudicial to either side.

Such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Discovery cut-off for experts: | 1/14/22 | 3/14/22 |

All other pre-trial and trial dates would remain in effect.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED AND RESPECTFULLY SUBMITTED.

DATED: December 28, 2021          SUSANA ALCALA WOOD,
                                  City Attorney


                          By:     /s/ CHANCE L. TRIMM
                                  CHANCE L. TRIMM
                                  Senior Deputy City Attorney

                                  Attorneys for Defendants


DATED: December 28, 2021          LAW OFFICES OF DALE GALIPO


                          By:     /s/ ERIC VALENZUELA
                                  ERIC VALENZUELA
                                  Attorneys for Plaintiffs