SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO,
TERRENCE MERCADAL
and JARED ROBINET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>                Plaintiffs,<br><br>   vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>**ORDER TO EXTEND DISCOVERY CUT-OFF RELATING TO EXPERT WITNESSES** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The parties having stipulated, and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to extend the discovery deadline relating to expert witnesses is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order [Doc. # 67], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Discovery cut-off for Expert Witnesses: | 1/14/22 | 3/14/22 |

All other pre-trial and trial dates remain in effect.

Dated: December 28, 2021            /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE