SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO,
TERRENCE MERCADAL
and JARED ROBINET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>                    Plaintiffs,<br><br>   vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.: 2:19-cv-00171-JAM-EFB<br><br>**ORDER re STIPULATION TO BOTH EXTEND THE DEADLINE, AND WAIVE THE NOTICE TIME, relating to SUBPOENA FOR DEPOSITION TESTIMONY OF WITNESS SALENA MANNI ONLY** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER

1102541

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The parties having stipulated, and good cause having been shown, IT IS HEREBY ORDERED that both the December 27, 2021 "Last Day to Reasonably Notice a Deposition" as calculated based on the January 14, 2022 close of discovery pursuant to the Scheduling Order [Doc. #67], as well as the "Last Day to Reasonably Notice a Deposition" as calculated based on the date of deposition (pertaining to the deposition testimony of witness Salina Manni only), be modified, by continuing the "Last Day to Reasonably Notice a Deposition" to January 11, 2022, and by waiving the notice time relating to the Subpoena for Deposition Testimony of witness Salina Manni.  The parties' stipulated request is hereby GRANTED.

All other pre-trial and trial dates remain in effect.

IT IS SO ORDERED.

Dated:  January 11, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE