LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

BEN CRUMP LAW, PLLC
Ben Crump
122 S. Calhoun Street
Tallahassee, Florida 32301
Telephone:  (850) 224-2020

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et. al., | Case No. 2:19-cv-00171-JAM (EFB) |
| Plaintiffs, | [*Hon. John A. Mendez*] |
| vs. | **ORDER TO EXTEND DISCOVERY CUT-OFF RELATING TO EXPERT WITNESSES** |
| CITY OF SACRAMENTO, et. al., | |
| Defendants. | |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated, and good cause having been show,

**IT IS HEREBY ORDERED** that the Joint Stipulation to extend the discovery deadline relating to expert witnesses is hereby GRANTED.

The schedule set forth in the Civil Trial Scheduling Order [Doc. #67], is modified as follows:

| EVENT | CURRENT | PROPOSED |
| --- | --- | --- |
| Discovery cut-off for experts: | 3/14/22 | 5/13/22 |

All other pre-trial and trial dates remain in effect.

**IT IS SO ORDERED.**

DATED: February 16, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE