LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:	(818) 347-3333
Facsimile:	(818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| STEPHEN CLARK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. 2:19-cv-171 JAM-EFB <br><br> **PLAINTIFFS' WITNESS LIST** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs, by and through their attorneys of record, hereby submit the following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

Plaintiffs reserve the right to amend this Witness List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

DATED: April 15, 2022          LAW OFFICES OF DALE K. GALIPO

                               By: _____
                                   Dale K Galipo, Esq.
                                   Eric Valenzuela, Esq.
                                   Attorneys for Plaintiffs

# **PLAINTIFFS' WITNESS LIST**

| | Witness Name | |
|---|---|---|
| 1. | Stephen Clark | Plaintiff |
| 2. | Se'quette Clark | Plaintiff |
| 3. | Terrence Mercadel | Defendant |
| 4. | Jared Robinet | Defendant |
| 5. | Sequita Eddy Thompson | C/O Plaintiffs' Counsel |
| 6. | Cailyn Clark | C/O Plaintiffs' Counsel |
| 7. | Tommy Lee Thompson (Deceased-Depo. Transcript) | |
| 8. | Keng-Chin Su, M.D. | County of Sacramento Coroner's Officer |
| 9. | Roger Clark | C/O Plaintiffs' Counsel |
| 10. | Bennet Omalu, M.D. | C/O Plaintiffs' Counsel |
| 11. | Jim Curio | C/O Plaintiffs' Counsel |
| 12. | SFD Cpt. Green | Sacramento Fire Department |
| 13. | SFD FF. Simons | Sacramento Fire Department |
| 14. | | |
| 15. | | |
| 16. | | |