SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, TERRENCE MERCADAL and JARED ROBINET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>*[Hon. John A. Mendez]*<br><br>**DEFENDANTS' WITNESS LIST** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants, by and through their attorneys of record, hereby submit the following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

1

DEFENDANTS' WITNESS LIST

1140927

Defendants reserve the right to amend this Witness List, subject to any objections, motions in limine, and applicable Orders of the Court.

## **DEFENDANTS' WITNESS LIST**

| | Witness Name | |
|---|---|---|
| 1. | Terrence Mercadal<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Defendant |
| 2. | Jared Robinet<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Defendant |
| 3. | Detective Eugene Shim<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |
| 4. | Detective Scot Krutz<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |
| 5. | Detective Jeffrey Griggs<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |
| 6. | Krisha Lovitto<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |

| | | |
|---|---|---|
| 7. | Rahul Sharma<br>Sacramento County Probation Department<br>3201 Florin Perkins Rd.<br>Sacramento, CA  95820<br>(916) 875-0300 | Sacramento County Probation Dept. |
| 8. | Dr. Keng-Chih Su<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA  95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 9. | Dr. Jason Tovar<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA  95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 10. | Dr. Brian Nagao<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA  95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 11. | Ayako Chan-Hosokawa<br>NMS Labs<br>3701 Welsh Road<br>Willow Grove, PA 19090<br>(215) 657-4900 | NMS Labs |
| 12. | Kristine Myhre<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 13. | Allyson Avina<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |

| | | |
|---|---|---|
| 14. | Kristel Suchland<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 15. | Matthew Nakayama<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 16. | Craig Triebold<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 17. | Michael Toms<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 18. | Sara Porter<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 19. | Karen Buckman<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 20. | B.L. Posey<br>1580 Tollhouse Road<br>Clovis, CA 93611<br>(559) 323-9940 | Toxicologist |

| | | |
|---|---|---|
| 21. | Deputy Brandon Gomez<br>Sacramento County Sheriff's Department<br>711 G Street<br>Sacramento, CA 95814 | Sacramento County Sheriff's Dept. |
| 22. | Deputy D. Brown<br>Sacramento County Sheriff's Department<br>711 G Street<br>Sacramento, CA 95814 | Sacramento County Sheriff's Dept. |
| 23. | Officer David Jarrell<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 24. | Officer Viergutz<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 25. | Officer Marilyn Kwuan<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 26. | David Joseph Reiling<br>7571 29th Street<br>Sacramento, CA 95822<br>(916) 391-1497<br>(916) 392-2592 | Witness |
| 27. | Salena Manni<br>3722 Quail Meadow Drive<br>Missouri City, TX<br>77459-3730 | Witness |
| 28. | Jacqueline Senteno<br>7571 29th Street<br>Sacramento, CA 95822<br>(916) 256-0063 | Witness |

| | | |
|---|---|---|
| 29. | Enrique Torres<br>3100 Ellwood Avenue<br>Sacramento, CA 95822<br>(916) 601-1071 | Witness |
| 30. | Irene Torres<br>3100 Ellwood Avenue<br>Sacramento, CA 95822<br>(916) 761-8618 | Witness |
| 31. | Rajneesh Manni<br>6505 Oscar Circle<br>Elk Grove, CA  95757 | Witness, and G.A.L. for Minor Plaintiffs A.C. and C.C. |
| 32. | Jessica Manni<br>6505 Oscar Circle<br>Elk Grove, CA  95757 | Witness |
| 33. | Scott Reitz<br>International Tactical Training Seminars, Inc.<br>149 So. Barrington Ave., #506<br>Los Angeles, CA  90049<br>(310) 446-1390 ofc | Retained Expert |
| 34. | David Blake, PhD<br>Blake Consulting<br>P.O. Box 784<br>Brentwood, CA  94513<br>(213) 298-3517 | Retained Expert |
| 35. | Dr. Benjamin Carey<br>ExamWorks<br>11010 White Rock Road, #120<br>Rancho Cordova, CA 95670<br>(800) 458-1261 | Retained Expert |
| 36. | Geoffrey Thor Desmoulin, PhD<br>GTD Scientific<br>2037 MacKay Ave.<br>North Vancouver, BC  V7P 2M8<br>(604) 842-4831 phone | Retained Expert |
| 37. | Durand R. Begault, PhD<br>Audio Forensic Center<br>130 Sutter Street, Suite 500<br>San Francisco, CA, 94104<br>(415) 397-0442 | Retained Expert |

DATED: April 15, 2022

SUSANA ALCALA WOOD,
City Attorney

By: _____
**CHANCE L. TRIMM**
Senior Deputy City Attorney

Attorneys for Defendants