LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STEPHEN CLARK, et al., | Case No. 2:19-cv-171 JAM-EFB |
| Plaintiffs, | **PLAINTIFFS' EXHIBIT LIST** |
| vs. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiffs, by and through their attorneys of record, hereby submit the following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

Plaintiffs reserve the right to amend this Exhibit List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

DATED: April 15, 2022         LAW OFFICES OF DALE K. GALIPO


                              By:_____
                                 Dale K Galipo, Esq.
                                 Eric Valenzuela, Esq.
                                 Attorneys for Plaintiffs

# PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1. | Audio Recorded Interview of Mercadel | |
| 2. | Video Recorded Interview of Mercadel | |
| 3. | Transcript of Audio Recorded Interview of Mercadel | |
| 4. | Audio Recorded Second Interview of Mercadel | |
| 5. | Audio Recorded Second Interview of Mercadel | |
| 6. | Audio Recorded Interview of Robinet | |
| 7. | Video Recorded Interview of Robinet | |
| 8. | Transcript of Audio Recorded Interview of Robinet | |
| 9. | Audio Recorded Second Interview of Robinet | |
| 10. | Audio Recorded Second Interview of Robinet | |
| 11. | Body Cam Video Mercadel | |
| 12. | PDF of Body Cam Video Mercadel | |

| # | Description | |
|---|---|---|
| 13. | Transcript of Body Cam of Mercadel | |
| 14. | Body Cam Video Robinet | |
| 15. | PDF of Body Cam Video Mercadel | |
| 16. | Transcript of Body Cam of Robinet | |
| 17. | Still Images of Muzzle Flash | |
| 18. | STAR Video (2 videos) | |
| 19. | STAR Video Close Up | |
| 20. | Still Images from STAR Video | |
| 21. | Camera Sync Video | |
| 22. | PDF of Camera Sync Video | |
| 23. | SPD Diagrams (11-14, 20-23) | |
| 24. | Scene Diagrams by Jim Curio | |
| 25. | Audio Recorded Radio Traffic Ch. 4 | |
| 26. | Transcript of Audio Recorded Radio Traffic Ch. 4 | |
| 27. | CAD Print Out | |
| 28. | Photos of Mercadel | |
| 29. | Photos of Mercadel's Gun | |
| 30. | Photos of Robinet's Gun | |
| 31. | Scene/Backyard Photos | |
| 32. | Video of the Scene | |
| 33. | Body Cam Video from Det. Krutz (4 videos) | |

| | | |
|---|---|---|
| 34. | Body Cam Video from Officer Morris | |
| 35. | Body Cam Video from Officer Taylor | |
| 36. | Body Cam Video from Officer Trujillo | |
| 37. | Body Cam Video from Officer Lundgren | |
| 38. | Body Cam Video from Officer Maclean | |
| 39. | SPD Report by Officer Gomez | |
| 40. | Autopsy Report (Excluding Toxicology Results) by Dr. Su | |
| 41. | Autopsy Report by Dr. Omalu | |
| 42. | Bullet Entry Illustration | |
| 43. | Photos of Decedent's Injuries | |
| 44. | Photos of Decedent with Family | |