SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00171-JAM-EFB<br><br>*[Hon. John A. Mendez]*<br><br>**DEFENDANTS' EXHIBITS LIST** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants, by and through their attorneys of record, hereby submit the following Exhibits List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

Defendants reserve the right to amend this Exhibits List, subject to any objections, motions *in limine*, and applicable Orders of the Court.

## DEFENDANTS' EXHIBITS LIST

| No. | Description | Date Admitted |
|---|---|---|
| 1. | Sacramento Police Report No. 18-82449 | |
| 2. | Incident Summary 18-82449 | |
| 3. | 18-82449 CAD Call | |
| 4. | Digital Evidence Inventory | |
| 5. | Crime Lab Reports | |
| 6. | Scene Log | |
| 7. | Clark Phone Summary | |
| 8. | BWC Mercadal photos | |
| 9. | BWC Mercadal I frame photos | |
| 10. | BWC Robinet photos | |
| 11. | BWC Robinet I frame photos | |
| 12. | Photos of Glass Samples 7570 29th Street | |
| 13. | Coroner Photos | |
| 14. | Coroner Reiber Reference Photos | |
| 15. | Photos of Toyota Camry | |
| 16. | Photos of Ford Explorer White | |
| 17. | Photos of Ford Explorer Maroon | |
| 18. | Photos of backyard of 7570 29th street | |
| 19. | Photos of backyard and decedent | |
| 20. | Scene photos | |
| 21. | Photos of recovered bullets | |
| 22. | Scene photos of recovered bullets | |

| | | | |
|---|---|---|---|
| | 23. | Autopsy photos | |
| | 24. | Photos of Evidence collected from Toyota Camry at tow yard | |
| | 25. | Photos of Evidence collected from Ford Explorer at tow yard | |
| | 26. | Photos of Ford Explorer White | |
| | 27. | Coroner Report | |
| | 28. | Reiber Review of Coroner Report | |
| | 29. | Audio of 911 calls | |
| | 30. | BWC Mercadal | |
| | 31. | In Car Camera video | |
| | 32. | Redacted In Car Camera video | |
| | 33. | STAR Helicopter video | |
| | 34. | Redacted STAR Helicopter video | |
| | 35. | Interview of Probation Officer Sharma | |
| | 36. | Interview of Witness Jacqueline Senteno | |
| | 37. | Items shown to Senteno | |
| | 38. | Interview of David Reiling | |
| | 39. | Photos shown to (W)-David Reiling.pdf | |
| | 40. | Salena Manni phone call | |
| | 41. | Janelle Tran phone call | |
| | 42. | Phone Records 714-749-4342 | |
| | 43. | Clark Phone download | |
| | 44. | DOJ Download phone | |
| | 45. | PDF of Website searches by Clark (28) | |
| | 46. | Audio recordings of Clark's jail calls since 8/11/17 | |
| | 47. | Clark Probation File.pdf | |
| | 48. | CAD Call 18-80545 | |
| | 49. | David Blake - Taser Cartridge Probe Spread Diagram | |

| 50. | David Blake - Diagram of Brain Emotional Response | |
|---|---|---|
| 51. | David Blake - Diagram of emotional stimulus and emotional response | |
| 52. | David Blake - Diagram of stress v. performance | |
| 53. | David Blake - Diagram of autonomic nervous system | |
| 54. | David Blake - Diagram of pattern recognition/context | |
| 55. | Durand Begault - X1 Video "X1_FLIR-BWC combined.m4v" | |
| 56. | Durand Begault - X2 Video "X2_BWC-MERCADEL.m4v" | |
| 57. | Durand Begault - X3 Video "X3_BWC-Robinet.m4v" | |
| 58. | Durand Begault - X4 PDF document showing images of Mr. Clark prior to gunshots | |
| 59. | Durand Begault - X5 Frame extracts from video X2 | |
| 60. | Durand Begault - X6 Frame extracts from video X3 | |
| 61. | Durand Begault - Table of gunshots, frames and elapsed time | |
| 62. | Geoffrey Desmoulin - Figure of process flow for the immediate injury biomechanics investigation | |
| 63. | Geoffrey Desmoulin - Diagram of defined injuries, entry/exit wound and trajectory | |
| 64. | Geoffrey Desmoulin - Photographs of S. Clark clothes | |
| 65. | Geoffrey Desmoulin - Photographs of sweatshirts used in re-enactments | |
| 66. | Geoffrey Desmoulin - Images for video frame combination as referenced in Figure 12 of report | |
| 67. | Geoffrey Desmoulin - Illustrations of shooting stance positions | |
| 68. | Geoffrey Desmoulin - Static re-enactment photographs and enhanced images from BWCs as referenced in Figure 15 of report | |
| 69. | Geoffrey Desmoulin - Comparison of shape of enhanced incident image and re-enactment photographs | |
| 70. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_CombinedVideo_Walking_Aerial_12OCT2021 | |
| 71. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_Video_InitialPositionTestFence_Test#2_08SEP2021 | |
| 72. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_Video_InitialPositionTestWoods_Test#1_08SEP2021 | |
| 73. | Geoffrey Desmoulin - Frames from dynamic re-enactment videos as referenced in Figure 17 of report | |
| 74. | Geoffrey Desmoulin - Trajectory analysis figures as referenced in Figures 18 and 19 of report | |

| 75. | Geoffrey Desmoulin - Figure of body position, timing of shots fired and real time elapsed as referenced in Figure 20 of report | |
|---|---|---|
| 76. | Geoffrey Desmoulin - 3D modeling of backyard of 7572 29th Street, including locations and body positions for S. Clark and Officers and bullet trajectory | |
| 77. | Geoffrey Desmoulin - 3D modeling video of wound path CLARK_Video_InitialWoundPath_05OCT2021 | |
| 78. | Geoffrey Desmoulin - Figures of outline of S. Clark and subject from dynamic re-enactment as referenced in Appendix B of report | |
| 79. | Geoffrey Desmoulin - Chart of results of re-enactment tests | |

DATED: April 15, 2022

SUSANA ALCALA WOOD,
City Attorney

By:_____
**CHANCE L. TRIMM**
Senior Deputy City Attorney

Attorneys for Defendants