1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  STEPHEN CLARK, et al.,          )  Case No. 2:19-CV-00171 JAM-EFB
                                    )
12              Plaintiffs,         )  **PRETRIAL CONFERENCE ORDER**
                                    )
13       v.                         )
                                    )
14  CITY OF SACRAMENTO, et al.,     )
                                    )
15              Defendants.         )
                                    )
16
17       Pursuant to court order, a Pretrial Conference was held on
    April 22, 2022 before Judge John Mendez.  Dale K. Galipo appeared
18
    as counsel for plaintiffs; Chance L. Trimm and Sean D. Richmond
19
    appeared as counsel for defendants.  After hearing, the Court makes
20
    the following findings and orders:
21
                        I. JURISDICTION/VENUE
22
         Jurisdiction is predicated upon 28 U.S.C. § 1331, 1343(a)(3)
23
    and (4) and § 1391, and has previously been found to be proper by
24
    order of this court, as has venue.  Those orders are confirmed.
25
                        II. JURY/NON-JURY
26
         Both parties have demanded a jury trial.
27
    ///
28
    ///

                                   1

III. <u>STATEMENT TO BE READ TO JURY</u>

No later than June 29, 2022, the parties shall E-file a joint statement of the case that may be read to the jury at the beginning of jury selection.

IV. <u>UNDISPUTED FACTS</u>

1.    Officers Mercadel and Robinet were acting within the course and scope of their employment as police officers for the City of Sacramento Police Department at the time of the shooting.

2.    Decedent died as a result of the gunshot wounds he sustained.

3.    Decedent was unarmed at the time of the shooting.

V. <u>DISPUTED FACTUAL ISSUES</u>

<u>Plaintiffs</u>:

1.    What Decedent was doing shortly before and at the time of the shooting, including what he was doing with his arms and feet, whether he was moving or stationary and whether he was standing or on the ground.

2.    Whether Decedent ever took a shooting stance.

3.    Whether Decedent's phone resembles a gun and whether Decedent's phone created what appeared what appeared to be muzzle flash and whether Decedent's phone sounded like a gun being fired.

4.    Whether Decedent was advancing on the police officers at the time of the shooting.

5.    Whether there was any information that Decedent had a gun and whether the involved officers were told that Decedent was armed with a "tool bar" or a crow bar, as opposed to a gun.

6.    Whether Decedent was shot while going to the ground and while on the ground.

1    7.    Whether this was a case of contagious fire.

2    8.    Whether Decedent knocked on the window of his

3    grandfather's bedroom to be let into the home just prior to the

4    shooting.

5    9.    Whether there was any evidence that Decedent ever tried to

6    enter or burglarize a home or whether the only crimes reported were

7    vandalism for breaking windows.

8    10.    Whether Decedent put his hands in the air and went down

9    to the ground in a sign of surrender, prior to or during the

10   shooting.

11   11.    Whether the officers were in a position of cover.

12   12.    How many times Decedent was struck, including the amount

13   of entry wounds.

14   Defendants:

15   1.    Whether decedent intended to end his life at the time of

16   the subject incident based on lethal force by responding SPD

17   officers.

18   2.    The extent to which Decedent's cognition and ability to

19   reason were impacted by his intoxication due to alcohol and

20   numerous illicit drugs.

21   3.    Decedent's failure to acknowledge the two SPD officers

22   who repeatedly demanded that decedent show them his hands.

23   4.    The location of entry and exit wounds regarding the

24   rounds that struck decedent.

25                    VI.  DISPUTED EVIDENTIARY ISSUES

26   Plaintiffs:

27   1.    Plaintiffs will seek to exclude information that the

28   shooting was found within policy and that the district attorney

1 | declined to file criminal charges related to the incident.

2 |     2.   Plaintiffs will seek to exclude information that was

3 | unknown to the officers at the time of the shooting, including

4 | google searches involving suicide, a domestic violence incident's

5 | involving Decedent and the mother of his children, since the mother

6 | of his children and children are not parties to this action, text

7 | messages found in Decedent's phone, including arguments with the

8 | mother of his children, Decedent's criminal history, drug use

9 | history and toxicology results found at autopsy.

10 |     3.   Plaintiffs will seek to exclude argument of suicide by

11 | cop.

12 |     4.   Plaintiffs' will seek to exclude opinions from

13 | Defendants' experts including opinions about suicide by cop, photos

14 | taken of hired models in shooting positions, computer generated

15 | images of someone in a shooting stance, 10 different frames from

16 | the officer body camera video that were turned into a single image.

17 | Defendants:

18 | 1.   Defendants dispute plaintiffs' contention that certain

19 | bullet wounds on decedent's body were entry wounds.

20 | VII. RELIEF SOUGHT

21 | Plaintiffs seek wrongful death damages for the loss of love,

22 | care, comfort and society of Decedent, in an amount to be proven at

23 | trial.  Plaintiff Ms. Clark also seeks loss of financial support

24 | damages.  Plaintiffs also seek punitive damages and attorney's

25 | fees.

26 | VIII. POINTS OF LAW

27 | Trial briefs may be E-filed with the court no later than June

28 | 29, 2022.  Any points of law not previously argued to the Court

1  should be briefed in the trial briefs.

2                          IX. ABANDONED ISSUES

3      Plaintiff Stephen Clark has dismissed all his state law

4  claims, so only Ms. Clark will be bringing state law claims for

5  battery, negligence, and violation of the Bane Act.  Plaintiffs

6  have also abandoned all negligent infliction of emotional distress

7  claims and false arrest/false imprisonment claims.

8                             X. WITNESSES

9      Plaintiffs' witness list is attached to this Pretrial

10 Conference Order as Exhibit A.

11     Defendants' witness list is attached to this Pretrial

12 Conference Order as Exhibit B.

13     Each party may call a witness designated by the other.

14     A.   No other witnesses will be permitted to testify unless:

15          (1)   The party offering the witness demonstrates that the

16 witness is for the purpose of rebutting evidence which could not be

17 reasonably anticipated at the Pretrial Conference, or

18          (2)   The witness was discovered after the Pretrial

19 Conference and the proffering party makes the showing required in

20 "B" below.

21     B.   Upon the post-Pretrial discovery of witnesses, the

22 attorney shall promptly inform the court and opposing parties of

23 the existence of the unlisted witnesses so that the court may

24 consider at trial whether the witnesses shall be permitted to

25 testify.  The evidence will not be permitted unless:

26          (1)   The witnesses could not reasonably have been

27 discovered prior to Pretrial;

28          (2)   The court and opposing counsel were promptly

                                   5

1  notified upon discovery of the witnesses;

2          (3)  If time permitted, counsel proffered the witnesses
3  for deposition;

4          (4)  If time did not permit, a reasonable summary of the
5  witnesses' testimony was provided opposing counsel.

6              XI.  EXHIBITS, SCHEDULES AND SUMMARIES

7      Plaintiffs' exhibit list is attached to this Pretrial
8  Conference Order as Exhibit C.

9      Defendants' exhibit list is attached to this Pretrial
10  Conference Order as Exhibit D.

11      Each party may use an exhibit designated by the other.

12      A.   No other exhibits will be permitted to be introduced
13  unless:

14          (1)  The party proffering the exhibit demonstrates that
15  the exhibit is for the purpose of rebutting evidence which could
16  not be reasonably anticipated at the Pretrial Conference, or

17          (2)  The exhibit was discovered after the Pretrial
18  Conference and the proffering party makes the showing required in
19  paragraph "B," below.

20      B.   Upon the post-Pretrial discovery of exhibits, the
21  attorneys shall promptly inform the court and opposing counsel of
22  the existence of such exhibits so that the court may consider at
23  trial their admissibility.  The exhibits will not be received
24  unless the proffering party demonstrates:

25          (1)  The exhibits could not reasonably have been
26  discovered prior to Pretrial;

27          (2)  The court and counsel were promptly informed of
28  their existence;

1          (3)  Counsel forwarded a copy of the exhibit(s) (if
2 physically possible) to opposing counsel.  If the exhibit(s) may
3 not be copied, the proffering counsel must show that he has made
4 the exhibit(s) reasonably available for inspection by opposing
5 counsel.

6      As to each exhibit, each party is ordered to exchange copies
7 of the exhibit not later than fourteen (14) days before trial.
8 Each party is then granted five (5) days to file and serve
9 objections to any of the exhibits.  In making the objection, the
10 party is to set forth the grounds for the objection.  The parties
11 shall pre-mark their respective exhibits in accord with the Court's
12 Pretrial Order.  Exhibit stickers may be obtained through the
13 Clerk's Office.  An original and one (1) copy of the exhibits shall
14 be presented to Gabriel Michel, Deputy Courtroom Clerk, at 8:30
15 a.m. on the date set for trial or at such earlier time as may be
16 agreed upon.  Mr. Michel can be contacted at (916) 930-4091 or via
17 e-mail at: gmichel@caed.uscourts.gov.  As to each exhibit which is
18 not objected to, it shall be marked and may be received into
19 evidence on motion and will require no further foundation.  Each
20 exhibit which is objected to will be marked for identification
21 only.

22                    XII. DISCOVERY DOCUMENTS

23      The following is a list of all portions of depositions,
24 answers to interrogatories, and responses to requests for admission
25 that the party expects to offer at trial.

26      Plaintiffs' Exhibits:

27      Deposition of Thompson, Tommy (10-09-19), 14:10-29:13, 31:2-
28 22, 34:1-11, and 35:25-38:12.

XIII. FURTHER DISCOVERY OR MOTIONS

Pursuant to the court's Status Conference Order, all discovery and law and motion was to have been conducted so as to be completed as of the date of the Pretrial Conference.  That order is confirmed.  The parties are free to do anything they desire pursuant to informal agreement.  However, any such agreement will not be enforceable in this court.

XIV. STIPULATIONS

None.

XV. AMENDMENTS/DISMISSALS

None.

XVI. FURTHER TRIAL PREPARATION

A.   Counsel are directed to Local Rule 285 regarding the contents of trial briefs.  Such briefs may be E-filed on or before June 29, 2022.

B.   Counsel are further directed to confer and to attempt to agree upon a joint set of jury instructions.  The joint set of instructions shall be lodged via ECF with the court clerk on or before June 29, 2022 and shall be identified as the "Jury Instructions Without Objection."  As to instructions as to which there is dispute the parties shall submit the instruction(s) via ECF as its package of proposed jury instructions also on or before July 1, 2022.  This package of proposed instructions should not include the "Jury Instructions Without Objection" and should be clearly identified as "Disputed Jury Instructions" on the proposed instructions.

The parties shall e-mail a set of all proposed jury instructions in word format to the Court's Judicial Assistant, Jane

1  Klingelhoets, at: jklingelhoets@caed.uscourts.gov.

2      C.   It is the duty of counsel to ensure that a hard copy of

3  any deposition which is to be used at trial has been lodged with

4  the Clerk of the Court pursuant to Local Rule 133(j).  The

5  depositions shall be lodged with the court clerk no later than June

6  29, 2022.  Counsel are cautioned that a failure to discharge this

7  duty may result in the court precluding use of the deposition or

8  imposition of such other sanctions as the court deems appropriate.

9      D.   The parties are ordered to E-file with the court and

10 exchange between themselves no later than June 29, 2022 a statement

11 designating portions of depositions intended to be offered or read

12 into evidence (except for portions to be used only for impeachment

13 or rebuttal).

14     E.   The parties are ordered to E-file with the court and

15 exchange between themselves no later than June 29, 2022, the

16 portions of Answers to Interrogatories and/or Requests for

17 Admission which the respective parties intend to offer or read into

18 evidence at the trial (except portions to be used only for

19 impeachment or rebuttal).

20     F.   The Court intends to use a juror questionnaire in the

21 jury selection process. The parties are ordered to submit a joint

22 proposed questionnaire no later than June 22, 2022.  Each party may

23 also separately submit any additional questions as to which there

24 is dispute for the Court's consideration for inclusion in the juror

25 questionnaire no later than June 22, 2022.

26     G.   Each party may submit a proposed verdict form that the

27 party would like the Court to use in this case.  Proposed verdict

28 forms should be submitted via ECF no later than June 29, 2022.

1        H.    In limine motions shall be E-filed separately on or
2   before June 24, 2022.  Opposition briefs shall be E-filed on or
3   before June 29, 2022. No reply briefs may be filed.

### XVII. SETTLEMENT NEGOTIATIONS

5        No further formal Settlement Conference will be set in this
6   case at this time.

### XVIII. AGREED STATEMENTS

8        See paragraph III, *supra*.

### XIX. SEPARATE TRIAL OF ISSUES

10       None.

### XX. IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

12       None.

### XXI. ATTORNEYS' FEES

14       The matter of the award of attorneys' fees to prevailing
15  parties pursuant to statute will be handled by motion in accordance
16  with Local Rule 293.

### XXII. MISCELLANEOUS

18        Trial of this matter shall commence at 9 a.m. on Wednesday
19  July 6, 2022.

### XXIII. ESTIMATE OF TRIAL TIME/TRIAL DATE

21       The parties estimate ten to twelve court days for trial.
22  Counsel are to call Gabriel Michel, Deputy Courtroom Clerk, at
23  (916) 930-4091, ten (10) days prior to trial to ascertain the
24  status of the trial date.
25  ///
26  ///
27  ///
28  ///

1        XXIV.  OBJECTIONS TO PRETRIAL ORDER

2        Each party is granted seven (7) days from the date of this

3   Pretrial Order to object or respond to it via ECF.

4        IT IS SO ORDERED.

5   DATED: April 22, 2022

6

7                                    JOHN A. MENDEZ,
                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT "A"**

1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
   Renee V. Masongsong (Bar No. 281819)
4  rvalentine@galipolaw.com
   21800 Burbank Boulevard, Suite 310
5  Woodland Hills, California 91367
   Telephone:   (818) 347-3333
6  Facsimile:    (818) 347-4118

7  *Attorneys for Plaintiffs*

8              **UNITED STATES DISTRICT COURT**

9     **EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION**

10

11
    STEPHEN CLARK, et al.,                Case No. 2:19-cv-171 JAM-EFB
12
              Plaintiffs,                 **PLAINTIFFS' WITNESS LIST**
13
                                          **EXHIBIT "A"**
14                vs.

15  CITY OF SACRAMENTO, et al.,

16            Defendants.

17  _____

18      **TO THE HONORABLE COURT AND ALL PARTIES AND THEIR**

19  **ATTORNEYS OF RECORD:**

20
21       Plaintiffs, by and through their attorneys of record, hereby submit the

22  following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. #

23  67] and Local Rule 281.

24       Plaintiffs reserve the right to amend this Witness List, subject to any

25  objections, motions *in limine*, and applicable Orders of the Court.

26

27

28
                                                  Case No. 2:19-cv-171 JAM-EFB

1  DATED:  April 18, 2022          LAW OFFICES OF DALE K. GALIPO

2

3

4                                  By: _____
                                       Dale K Galipo, Esq.
5                                      Eric Valenzuela, Esq.
                                       Attorneys for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# PLAINTIFFS' WITNESS LIST

2

| | Witness Name | |
|---|---|---|
| 1. | Stephen Clark | Plaintiff |
| 2. | Se'quette Clark | Plaintiff |
| 3. | Terrence Mercadel | Defendant |
| 4. | Jared Robinet | Defendant |
| 5. | Sequita Eddy Thompson | C/O Plaintiffs' Counsel |
| 6. | Cailyn Clark | C/O Plaintiffs' Counsel |
| 7. | Tommy Lee Thompson (Deceased-Depo. Transcript) | |
| 8. | Keng-Chin Su, M.D. | County of Sacramento Coroner's Officer |
| 9. | Roger Clark | C/O Plaintiffs' Counsel |
| 10. | Bennet Omalu, M.D. | C/O Plaintiffs' Counsel |
| 11. | Jim Curio | C/O Plaintiffs' Counsel |
| 12. | SFD Cpt. Green | Sacramento Fire Department |
| 13. | SFD FF. Simons | Sacramento Fire Department |
| 14. | | |
| 15. | | |
| 16. | | |

**EXHIBIT "B"**

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, TERRENCE MERCADAL and
JARED ROBINET

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>*[Hon. John A. Mendez]*<br><br>**DEFENDANTS' WITNESS LIST**<br><br>**EXHIBIT "B"** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants, by and through their attorneys of record, hereby submit the following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

1

1140927

Defendants reserve the right to amend this Witness List, subject to any objections, motions in limine, and applicable Orders of the Court.

## DEFENDANTS' WITNESS LIST

| **Witness Name** | |
|---|---|
| 1. | Terrence Mercadal<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Defendant |
| 2. | Jared Robinet<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Defendant |
| 3. | Detective Eugene Shim<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA 95822<br>(916) 264-5471 | Sacramento Police Department |
| 4. | Detective Scot Krutz<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |
| 5. | Detective Jeffrey Griggs<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |
| 6. | Krisha Lovitto<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Department |

1140927

| 7. | Rahul Sharma<br>Sacramento County Probation<br>Department<br>3201 Florin Perkins Rd.<br>Sacramento, CA 95820<br>(916) 875-0300 | Sacramento County Probation Dept. |
|---|---|---|
| 8. | Dr. Keng-Chih Su<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA 95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 9. | Dr. Jason Tovar<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA 95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 10. | Dr. Brian Nagao<br>County of Sacramento<br>Coroner's Department<br>4800 Broadway, Ste. 100<br>Sacramento, CA 95820<br>(916) 874-9320 | Sacramento County Coroner Dept. |
| 11. | Ayako Chan-Hosokawa<br>NMS Labs<br>3701 Welsh Road<br>Willow Grove, PA 19090<br>(215) 657-4900 | NMS Labs |
| 12. | Kristine Myhre<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 13. | Allyson Avina<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |

DEFENDANTS' WITNESS LIST

1140927

| 14. | Kristel Suchland<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
|---|---|---|
| 15. | Matthew Nakayama<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 16. | Craig Triebold<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 17. | Michael Toms<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 18. | Sara Porter<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 19. | Karen Buckman<br>County of Sacramento<br>Laboratory of Forensic Services<br>4800 Broadway, Suite 200<br>Sacramento, CA 95820<br>(916) 874-9240 | Sacramento County Forensics Lab |
| 20. | B.L. Posey<br>1580 Tollhouse Road<br>Clovis, CA 93611<br>(559) 323-9940 | Toxicologist |

DEFENDANTS' WITNESS LIST

1140927

| 21. | Deputy Brandon Gomez<br>Sacramento County Sheriff's<br>Department<br>711 G Street<br>Sacramento, CA 95814 | Sacramento County Sheriff's Dept. |
|-----|---|---|
| 22. | Deputy D. Brown<br>Sacramento County Sheriff's<br>Department<br>711 G Street<br>Sacramento, CA 95814 | Sacramento County Sheriff's Dept. |
| 23. | Officer David Jarrell<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 24. | Officer Viergutz<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 25. | Officer Marilyn Kwuan<br>Sacramento Police Department<br>5770 Freeport Blvd.,#100<br>Sacramento, CA  95822<br>(916) 264-5471 | Sacramento Police Dept. |
| 26. | David Joseph Reiling<br>7571 29th Street<br>Sacramento, CA 95822<br>(916) 391-1497<br>(916) 392-2592 | Witness |
| 27. | Salena Manni<br>3722 Quail Meadow Drive<br>Missouri City, TX<br>77459-3730 | Witness |
| 28. | Jacqueline Senteno<br>7571 29th Street<br>Sacramento, CA 95822<br>(916) 256-0063 | Witness |

DEFENDANTS' WITNESS LIST

1140927

| 29. | Enrique Torres<br>3100 Ellwood Avenue<br>Sacramento, CA 95822<br>(916) 601-1071 | Witness |
|---|---|---|
| 30. | Irene Torres<br>3100 Ellwood Avenue<br>Sacramento, CA 95822<br>(916) 761-8618 | Witness |
| 31. | Rajneesh Manni<br>6505 Oscar Circle<br>Elk Grove, CA  95757 | Witness, and G.A.L. for Minor<br>Plaintiffs A.C. and C.C. |
| 32. | Jessica Manni<br>6505 Oscar Circle<br>Elk Grove, CA  95757 | Witness |
| 33. | Scott Reitz<br>International Tactical Training<br>Seminars, Inc.<br>149 So. Barrington Ave., #506<br>Los Angeles, CA  90049<br>(310) 446-1390 ofc | Retained Expert |
| 34. | David Blake, PhD<br>Blake Consulting<br>P.O. Box 784<br>Brentwood, CA  94513<br>(213) 298-3517 | Retained Expert |
| 35. | Dr. Benjamin Carey<br>ExamWorks<br>11010 White Rock Road, #120<br>Rancho Cordova, CA 95670<br>(800) 458-1261 | Retained Expert |
| 36. | Geoffrey Thor Desmoulin, PhD<br>GTD Scientific<br>2037 MacKay Ave.<br>North Vancouver, BC  V7P 2M8<br>(604) 842-4831 phone | Retained Expert |
| 37. | Durand R. Begault, PhD<br>Audio Forensic Center<br>130 Sutter Street, Suite 500<br>San Francisco, CA, 94104<br>(415) 397-0442 | Retained Expert |

6

1140927

DATED:  April 15, 2022

SUSANA ALCALA WOOD,
City Attorney


By:_____
**CHANCE L. TRIMM**
Senior Deputy City Attorney

Attorneys for Defendants

DEFENDANTS' WITNESS LIST

1140927

**EXHIBIT "C"**

1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone:   (818) 347-3333
5  Facsimile:    (818) 347-4118

6  *Attorneys for Plaintiffs*

7                **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, EASTERN DIVISION**

9

10

11 STEPHEN CLARK, et al.,            Case No. 2:19-cv-171 JAM-EFB

12          Plaintiffs,             **PLAINTIFFS' EXHIBIT LIST**

                                    **EXHIBIT "C"**
13              vs.

14 CITY OF SACRAMENTO, et al.,

15          Defendants.

16

17       Plaintiffs, by and through their attorneys of record, hereby submit the

18 following Witness List pursuant to the Court's Pre-Trial Scheduling Order [Doc. #

19 67] and Local Rule 281.

20       Plaintiffs reserve the right to amend this Exhibit List, subject to any

21 objections, motions *in limine*, and applicable Orders of the Court.

22 DATED:  April 18, 2022          LAW OFFICES OF DALE K. GALIPO

23

24                                By:_____

25                                    Dale K Galipo, Esq.
                                      Eric Valenzuela, Esq.
26                                    Attorneys for Plaintiffs

27

28

                                              Case No. 2:19-cv-171 JAM-EFB

1

**PLAINTIFFS' EXHIBIT LIST**

2

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1. | Audio Recorded Interview of Mercadel | |
| 2. | Video Recorded Interview of Mercadel | |
| 3. | Transcript of Audio Recorded Interview of Mercadel | |
| 4. | Audio Recorded Second Interview of Mercadel | |
| 5. | Audio Recorded Second Interview of Mercadel | |
| 6. | Audio Recorded Interview of Robinet | |
| 7. | Video Recorded Interview of Robinet | |
| 8. | Transcript of Audio Recorded Interview of Robinet | |
| 9. | Audio Recorded Second Interview of Robinet | |
| 10. | Audio Recorded Second Interview of Robinet | |
| 11. | Body Cam Video Mercadel | |
| 12. | PDF of Body Cam Video Mercadel | |

| 13. | Transcript of Body Cam of Mercadel | |
|---|---|---|
| 14. | Body Cam Video Robinet | |
| 15. | PDF of Body Cam Video Mercadel | |
| 16. | Transcript of Body Cam of Robinet | |
| 17. | Still Images of Muzzle Flash | |
| 18. | STAR Video (2 videos) | |
| 19. | STAR Video Close Up | |
| 20. | Still Images from STAR Video | |
| 21. | Camera Sync Video | |
| 22. | PDF of Camera Sync Video | |
| 23. | SPD Diagrams (11-14, 20-23) | |
| 24. | Scene Diagrams by Jim Curio | |
| 25. | Audio Recorded Radio Traffic Ch. 4 | |
| 26. | Transcript of Audio Recorded Radio Traffic Ch. 4 | |
| 27. | CAD Print Out | |
| 28. | Photos of Mercadel | |
| 29. | Photos of Mercadel's Gun | |
| 30. | Photos of Robinet's Gun | |
| 31. | Scene/Backyard Photos | |
| 32. | Video of the Scene | |
| 33. | Body Cam Video from Det. Krutz (4 videos) | |

| 34. | Body Cam Video from Officer Morris | |
| 35. | Body Cam Video from Officer Taylor | |
| 36. | Body Cam Video from Officer Trujillo | |
| 37. | Body Cam Video from Officer Lundgren | |
| 38. | Body Cam Video from Officer Maclean | |
| 39. | SPD Report by Officer Gomez | |
| 40. | Autopsy Report (Excluding Toxicology Results) by Dr. Su | |
| 41. | Autopsy Report by Dr. Omalu | |
| 42. | Bullet Entry Illustration | |
| 43. | Photos of Decedent's Injuries | |
| 44. | Photos of Decedent with Family | |

**EXHIBIT "D"**

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK; SE'QUETTE CLARK; A.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI, C.C., a minor, by and through his Guardian Ad Litem, RAJNEESH MANNI; SEQUITY EDDY THOMPSON; and TOMMY LEE THOMPSON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, TERRENCE MERCADEL; JARED ROBINET; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-00171-JAM-EFB<br><br>*[Hon. John A. Mendez]*<br><br>**DEFENDANTS' EXHIBITS LIST**<br><br>**EXHIBIT "D"** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants, by and through their attorneys of record, hereby submit the following Exhibits List pursuant to the Court's Pre-Trial Scheduling Order [Doc. # 67] and Local Rule 281.

1

1141040

1

2      Defendants reserve the right to amend this Exhibits List, subject to any objections,

3  motions *in limine*, and applicable Orders of the Court.

4                    **DEFENDANTS' EXHIBITS LIST**

5

| No. | Description | Date Admitted |
|-----|-------------|---------------|
| A. | Sacramento Police Report No. 18-82449 | |
| B. | Incident Summary 18-82449 | |
| C. | 18-82449 CAD Call | |
| D. | Digital Evidence Inventory | |
| E. | Crime Lab Reports | |
| F. | Scene Log | |
| G. | Clark Phone Summary | |
| H. | BWC Mercadal photos | |
| I. | BWC Mercadal I frame photos | |
| J. | BWC Robinet photos | |
| K. | BWC Robinet I frame photos | |
| L. | Photos of Glass Samples 7570 29th Street | |
| M. | Coroner Photos | |
| N. | Coroner Reiber Reference Photos | |
| O. | Photos of Toyota Camry | |
| P. | Photos of Ford Explorer White | |
| Q. | Photos of Ford Explorer Maroon | |
| R. | Photos of backyard of 7570 29th street | |
| S. | Photos of backyard and decedent | |
| T. | Scene photos | |
| U. | Photos of recovered bullets | |
| V. | Scene photos of recovered bullets | |

DEFENDANTS' EXHIBITS LIST

1141040

| W. | Autopsy photos | |
| X. | Photos of Evidence collected from Toyota Camry at tow yard | |
| Y. | Photos of Evidence collected from Ford Explorer at tow yard | |
| Z. | Photos of Ford Explorer White | |
| AA. | Coroner Report | |
| BB. | Reiber Review of Coroner Report | |
| CC. | Audio of 911 calls | |
| DD. | BWC Mercadal | |
| EE. | In Car Camera video | |
| FF. | Redacted In Car Camera video | |
| GG. | STAR Helicopter video | |
| HH. | Redacted STAR Helicopter video | |
| II. | Interview of Probation Officer Sharma | |
| JJ. | Interview of Witness Jacqueline Senteno | |
| KK. | Items shown to Senteno | |
| LL. | Interview of David Reiling | |
| MM. | Photos shown to (W)-David Reiling.pdf | |
| NN. | Salena Manni phone call | |
| OO. | Janelle Tran phone call | |
| PP. | Phone Records 714-749-4342 | |
| QQ. | Clark Phone download | |
| RR. | DOJ Download phone | |
| SS. | PDF of Website searches by Clark (28) | |
| TT. | Audio recordings of Clark's jail calls since 8/11/17 | |
| UU. | Clark Probation File.pdf | |
| VV. | CAD Call 18-80545 | |
| WW. | David Blake - Taser Cartridge Probe Spread Diagram | |

3

DEFENDANTS' EXHIBITS LIST

1141040

| | | |
|---|---|---|
| XX. | David Blake - Diagram of Brain Emotional Response | |
| YY. | David Blake - Diagram of emotional stimulus and emotional response | |
| ZZ. | David Blake - Diagram of stress v. performance | |
| AAA. | David Blake - Diagram of autonomic nervous system | |
| BBB. | David Blake - Diagram of pattern recognition/context | |
| CCC. | Durand Begault - X1 Video "X1_FLIR-BWC combined.m4v" | |
| DDD. | Durand Begault - X2 Video "X2_BWC-MERCADEL.m4v" | |
| EEE. | Durand Begault - X3 Video "X3_BWC-Robinet.m4v" | |
| FFF. | Durand Begault - X4 PDF document showing images of Mr. Clark prior to gunshots | |
| GGG. | Durand Begault - X5 Frame extracts from video X2 | |
| HHH. | Durand Begault - X6 Frame extracts from video X3 | |
| III. | Durand Begault - Table of gunshots, frames and elapsed time | |
| JJJ. | Geoffrey Desmoulin - Figure of process flow for the immediate injury biomechanics investigation | |
| KKK. | Geoffrey Desmoulin - Diagram of defined injuries, entry/exit wound and trajectory | |
| LLL. | Geoffrey Desmoulin - Photographs of S. Clark clothes | |
| MMM. | Geoffrey Desmoulin - Photographs of sweatshirts used in re-enactments | |
| NNN. | Geoffrey Desmoulin - Images for video frame combination as referenced in Figure 12 of report | |
| OOO. | Geoffrey Desmoulin - Illustrations of shooting stance positions | |
| PPP. | Geoffrey Desmoulin - Static re-enactment photographs and enhanced images from BWCs as referenced in Figure 15 of report | |
| QQQ. | Geoffrey Desmoulin - Comparison of shape of enhanced incident image and re-enactment photographs | |
| RRR. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_CombinedVideo_Walking_Aerial_12OCT2021 | |
| SSS. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_Video_InitialPositionTestFence_Test#2_08SEP2021 | |
| TTT. | Geoffrey Desmoulin - Dynamic re-enactment video: CLARK_Video_InitialPositionTestWoods_Test#1_08SEP2021 | |
| UUU. | Geoffrey Desmoulin - Frames from dynamic re-enactment videos as referenced in Figure 17 of report | |

4

DEFENDANTS' EXHIBITS LIST

| | | |
|---|---|---|
| VVV. | Geoffrey Desmoulin - Trajectory analysis figures as referenced in Figures 18 and 19 of report | |
| WWW. | Geoffrey Desmoulin - Figure of body position, timing of shots fired and real time elapsed as referenced in Figure 20 of report | |
| XXX. | Geoffrey Desmoulin - 3D modeling of backyard of 7572 29th Street, including locations and body positions for S. Clark and Officers and bullet trajectory | |
| YYY. | Geoffrey Desmoulin - 3D modeling video of wound path CLARK_Video_InitialWoundPath_05OCT2021 | |
| ZZZ. | Geoffrey Desmoulin - Figures of outline of S. Clark and subject from dynamic re-enactment as referenced in Appendix B of report | |
| AAAA. | Geoffrey Desmoulin - Chart of results of re-enactment tests | |

DATED:  April 15, 2022                    SUSANA ALCALA WOOD,
                                          City Attorney


                                   By:_____
                                          **CHANCE L. TRIMM**
                                          Senior Deputy City Attorney

                                          Attorneys for Defendants

DEFENDANTS' EXHIBITS LIST
1141040