UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO, et. al.,<br><br>Defendants. | Case No. 2:19-cv-00171-JAM (EFB)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE PRETRIAL DOCUMENTS** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The parties having stipulated, and good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation to Continue the Deadline to File Pretrial Documents is hereby GRANTED.

The deadlines for filing the pretrial documents set forth in the Pretrial Conference Order [Doc. # 90], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Jury Questionnaire: | 06/22/22 | 08/29/2022 |
| Motions in Limine: | 06/24/22 | 08/31/22 |
| Statement of the Case; Trial Briefs; Jury Instructions; Lodging Depositions; Verdict forms; Oppositions to Motions in Limine | 06/29/22 | 09/05/22 |
| Disputed Jury Instructions | 07/01/22 | 09/07/22 |

All other pre-trial and trial dates would remain in effect.

IT IS SO ORDERED.

DATED:  June 6, 2022            /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE