LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CLARK, et. al., | Case No. 2:19-cv-00171-JAM (EFB) |
| Plaintiffs, | **ORDER STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| CITY OF SACRAMENTO, et. al., | |
| Defendants. | |

1

**ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED,** that the Plaintiffs' Complaint, Case No. 2:19-cv-00171-JAM (EFB) is hereby dismissed, with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED:  September 15, 2022        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE